*918 SABERS, Justice
(concurring specially).
[¶ 16.] WE SHOULD eliminate the following quote from OUR standard of review because it is obsolete, inaccurate and inconsistent with our practice and the remaining portion of the standard of review paragraph:
The inconsistent quotation is:
The appeal to the circuit court is not a trial de novo in the true sense of the phrase, as it has the limited function of receiving evidence for the sole purpose of determining the legality, and not the propriety, of the school board’s decision.
(Emphasis added). This quotation is obsolete, inaccurate and inconsistent with our practice and the remaining portion of the standard of review paragraph because the second prong of our determination includes whether the School Board’s decision was arbitrary, capricious or an abuse of discretion, all of which deal with the propriety of a board’s decision. Even the present case deals with the propriety, not just the legality of the Board’s decision.
[¶ 17.] Therefore, we should rework our standard of review to conform to our practice, accuracy and consistency.